**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| **NETSOC, LLC,** | ) | |
| **Plaintiff,** | ) | |
| | ) | **Civil Action No. 1:18-cv-10262** |
| **v.** | ) | |
| | ) | |
| **CHEGG INC.** | ) | **JURY TRIAL DEMANDED** |
| **Defendant.** | ) | |

**PLAINTIFF'S ORIGINAL COMPLAINT FOR PATENT INFRINGEMENT**

NetSoc, LLC ("NetSoc") files this Original Complaint and demand for jury trial seeking relief from patent infringement of the claims of U.S. Patent No. 9,978,107 by Chegg Inc., alleging as follows:

## I.      THE PARTIES

1.   Plaintiff NetSoc is a Texas Limited Liability Company with its principal place of business located in Harris County, Texas.

2.   On information and belief, Chegg Inc. ("Chegg") is a domestic corporation organized and existing under the laws of Delaware, with a principal place of business located in New York, New York.  Chegg may be served through its registered agent at Corporation Service Company, 80 State Street, Albany, New York 12207-2541.  On information and belief, Chegg sells and offers to sell products and services throughout New York, including in this judicial district, and introduces products and services that perform infringing methods or processes into the stream of commerce knowing that they would be sold in New York and this judicial district.

## II.      JURISDICTION AND VENUE

3.   This Court has original subject-matter jurisdiction over the entire action pursuant to 28 U.S.C. §§ 1331 and 1338(a) because Plaintiff's claim arises under an Act of Congress relating to patents, namely, 35 U.S.C. § 271.

4.   This Court also has original subject-matter jurisdiction over the entire action pursuant to 28 U.S.C. § 1332(a)(1) because Plaintiff is a limited liability company organized under the laws of the State of Texas and Defendant is a Delaware Corporation with a physical place of business located in New York, New York.  The matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs.

5.   This Court has personal jurisdiction over Defendant because: (i) Defendant is present within or has minimum contacts within the State of New York and this judicial district; (ii) Defendant has purposefully availed itself of the privileges of conducting business in the State of New York and in this judicial district; and (iii) Plaintiff's cause of action arises directly from Defendant's business contacts and other activities in the State of New York and in this judicial district.

6.   Venue is proper in this district under 28 U.S.C. §§ 1391(b) and 1400(b).  Defendant has committed acts of infringement and has a regular and established place of business in this District.[1] Further, venue is proper because Defendant conducts substantial business in this forum, directly or through intermediaries, including: (i) at least a portion of the infringements alleged herein; and (ii) regularly doing or soliciting business, engaging in other persistent courses of conduct and/or

---

[1] Chegg, Inc. advertises for employees within zipcode 10016 and maintains on its website and in its SEC filings at chegg.com that it has an office in New York, New York.

deriving substantial revenue from goods and services provided to individuals in New York and this District.

### III.    INFRINGEMENT ('107 Patent)

7.   On May 22, 2018, U.S. Patent No. 9,978,107 ("the '107 patent", attached as Exhibit A) entitled "Method and System for Establishing and Using a Social Network to Facilitate People in Life Issues" was duly and legally issued by the U.S. Patent and Trademark Office.  NetSoc, LLC owns the '107 patent by assignment.

8.   The '107 patent relates generally to a method and system for establishing and using a social network to facilitate people in life issues.

### A.  Defendant

9.   Chegg maintains, operates, and administers a website at www.chegg.com that infringes one or more claims of the '107 patent, including at least claims 1-11, literally or under the doctrine of equivalents. Defendant put the inventions claimed by the '107 Patent into service (i.e., used them); but for Defendant's actions, the claimed-inventions embodiments involving Defendant's products and services would never have been put into service.  Defendant's acts complained of herein caused those claimed-invention embodiments as a whole to perform, and Defendant's procurement of monetary and commercial benefit from it.

10. Support for the allegations of infringement may be found in the following preliminary table:

| Claim 6 | Accused Product (or Service) |
|---|---|
| 6. A computer system comprising: | Plaintiff contends that Chegg provides computer system that is, one or more servers or databases to provide Chegg Tutors service.<br><br><br><br>**Attachment 1 (How Chegg Tutors works (Webpage, 2018)) at 1.** |
| a memory to store a list comprising a plurality of participants, wherein each participant in the plurality of participants corresponds to one or more individuals, wherein the list also includes information associated with at least one of each participant or the one or more individuals that correspond to each participant;<br><br>one or more processors that | Plaintiff contends that by using one or more servers or databases (which contain processors and memory), Chegg stores and maintains data of one or more participants or individuals along with their information.<br><br><br><br>**Attachment 1 (How Chegg Tutors works (Webpage, 2018)) at 1.** |

| execute instructions to: |  |
|---|---|
| maintain the list; | |

**Attachment 2 (Find a Programming tutor (Webpage, 2018))** at 2.

Chegg stores and maintains data of plurality of candidates or participants along with their information.

**Attachment 3 (Raj K. (Webpage, 2018)) at 1.**

| present a user with an interface from which the user makes a selection of a category | Plaintiff contends that by using Chegg Tutors service, user is presented with an interface for making a selection of a category from a plurality of categories. |
|---|---|

| from a plurality of categories; | User can select a category (for example, "Programming Tutors") from a plurality of categories by using the interface. |
|---|---|



**Attachment 4 (Online tutors ready to help 24/7 (Webpage, 2018)) at 5 and 6.**

Another example of selection of a category from a plurality of categories

[Snapshot taken from site:www.chegg.com/tutors/]

| | |
|---|---|
| in response to receiving the selection of the category by the user, present, for the user, some of the information associated with each of multiple participants from the plurality of participants which match the selection of the category by the user, while shielding contact information associated with each of the multiple participants; | Plaintiff contends that based on the selection of the category, some of the information associated with each of multiple participants from the plurality of<br><br>participants is displayed to the user which matches the selection of the category by the user. Also, contact information of each of the multiple participants is shielded from the user.<br><br>Selection of the category by the user (for example, "Programming Tutors" in this case)<br><br><br><br>**Attachment 4 (Online tutors ready to help 24/7 (Webpage, 2018)) at 5.** |

7



**Attachment 2 (Find a Programming tutor (Webpage, 2018)) at 2.**

Some of the information associated with each participant from the plurality of participants is displayed to the user matching the selection of the category, while the contact information remains hidden from the user.

*Id.* at 3.



The contact information of each participant remains hidden from the user

**Attachment 3 (Raj K. (Webpage, 2018)) at 1.**

| | |
|---|---|
| wherein displaying some of the information associated with each of the multiple participants is based at least in part on a rating of individual participants in the plurality of participants; | Plaintiff contends that the information associated with each of the multiple participants is displayed based on a rating or ranking of individual participant in the plurality of participants.<br><br>Information of each participant is displayed based on a rating or ranking of individual participant in the plurality of participants. For example, tutors with status as "Online" (With Green Icon) or "Ready to teach now!" (With Green Icon including Check Mark) are shown first in the ranking because they will most likely respond to any user's inquiry. Offline tutors are assigned low rating.<br><br><br><br>**Attachment 2 (Find a Programming tutor (Webpage, 2018)) at 2.** |



*Id.* at 3.

| enabling the user to send an inquiry message to one or more of the multiple participants, while shielding the contact information from the user, the contact information including any messaging identifier that is associated with each of the one or more participants; | Plaintiff contends that user or student can send inquiry message(s) to one or<br><br>more participants or tutors, while the contact information associated with each participant (such as emails, messaging identifiers, etc.) remains hidden or shielded from the user. |
| --- | --- |



**[Snapshot taken from the website:https://www.chegg.com/tutors/Computer-Science-online-tutoring/?p=1&filter-subjects=30&filter-gender=]**

User or student can send inquiry message(s) to one or more participants, while the contact information associated with each participant (such as emails, messaging identifiers, etc.) remains hidden or shielded from the user.



**Attachment 3 (Raj K. (Webpage, 2018)) at 1.**



Inquiry message is sent to one or more participants, while the contact information remains hidden from the user or student.

**Send your message**

Raj K.
Birla Institute of Technology and Science, Pil...
Major: Engineering &amp; Science

👍 51   👎 4

Subject          C Programming

Urgency    ● ASAP   ○ Today   ○ This week

**Example message:** I was wondering if you'd be able to help me with some Linear Programming problems. I'm in an undergraduate Operations Management course and some of the questions on my homework about seasonality are confusing me. Here's a problem I need help with—find vertices of the region defined by system:
3x1 + x2 + x3 + x4=1
x1+6x2-2x3+x4=1
x1 ,x2 ,x3 ,x4>=0
Does the system have degenerate vertices?

☑ Have other tutors contact me if they can help  ⓘ

**Submit request**

[Snapshot taken from website: https://www.chegg.com/tutors/online-tutors/Raj-K-199228/?sid=30 and Clicking over the "Send message"]

14

| tracking a response time of each of the one or more participants who received the message from the user; and | Plaintiff contends that response-time of each participant who received the message from the user is tracked. |
|---|---|



[Snapshot taken after creating user's profile in chegg.com]

**Attachment 3 (Raj K. (Webpage, 2018)) at 1.**

| updating the rating associated with each of the one or more participants based at least in part on the tracked response time. | Plaintiff contends that rating of each participant is updated based on his or her response-time. For example, in case of Chegg Tutors, once the user sends the inquiry message, each participant's response time is tracked and each participant's rating gets updated based on his or her response-time. |
|---|---|

Response time of each participant is tracked based on which his rating is updated



**Attachment 3 (Raj K. (Webpage, 2018)) at 1.**



**Attachment 2 (Find a Programming tutor (Webpage, 2018)) at 2.**

Response-time is a key parameter in deciding or updating ranking or rating of each participant. For example, those participants with quick response time, they are given preference and are assigned higher rating than other participants.



*Id.* at 3.

- These allegations of infringement are preliminary and are therefore subject to change.

11. Chegg Inc. has and continues to induce infringement. Chegg Inc. has actively encouraged or instructed others (e.g., its customers and/or the customers of its related companies), and continues to do so, on how to use its products and services (e.g., online tutoring services on the Internet] and related services that provide online tutoring services across the Internet such as to cause infringement of claims 1–11 of the '107 patent, literally or under the doctrine of equivalents. Moreover, Chegg Inc. has known of the '107 patent and the technology underlying it from at least the date of issuance of the patent.

12. Chegg Inc. has and continues to contributorily infringe. Chegg Inc. has actively encouraged or instructed others (e.g., its customers and/or the customers of its related companies), and

continues to do so, on how to use its products and services (e.g., online tutoring services on the Internet] and related services that provide online tutoring services across the Internet such as to cause infringement of claims 1–11 of the '107 patent, literally or under the doctrine of equivalents. Moreover, Chegg Inc. has known of the '107 patent and the technology underlying it from at least the date of issuance of the patent.

13. Chegg Inc. has caused and will continue to cause NETSOC damage by direct and indirect infringement of (including inducing infringement of) the claims of the '107 patent.

## IV.   JURY DEMAND

NETSOC hereby requests a trial by jury on issues so triable by right.

## V.   PRAYER FOR RELIEF

i.    WHEREFORE, NETSOC prays for relief as follows:

    a.   enter judgment that Defendant has infringed the claims of the '107 patent through each of tinder.com; okcupid.com; pof.com; and match.com;

    b.   award NETSOC damages in an amount sufficient to compensate it for Defendant's infringement of the '107 patent, in an amount no less than a reasonable royalty or lost profits, together with pre-judgment and post-judgment interest and costs under 35 U.S.C. § 284;

    c.   award NETSOC an accounting for acts of infringement not presented at trial and an award by the Court of additional damage for any such acts of infringement;

    d.   declare this case to be "exceptional" under 35 U.S.C. § 285 and award NETSOC its attorneys' fees, expenses, and costs incurred in this action;

e.   declare Defendant's infringement to be willful and treble the damages, including attorneys' fees, expenses, and costs incurred in this action and an increase in the damage award pursuant to 35 U.S.C. § 284;

f.   a decree addressing future infringement that either (i) awards a permanent injunction enjoining Defendant and its agents, servants, employees, affiliates, divisions, and subsidiaries, and those in association with Defendant from infringing the claims of the Patents-in-Suit, or (ii) awards damages for future infringement in lieu of an injunction in an amount consistent with the fact that for future infringement the Defendant will be an adjudicated infringer of a valid patent, and trebles that amount in view of the fact that the future infringement will be willful as a matter of law; and

g.   award NETSOC such other and further relief as this Court deems just and proper.

Respectfully submitted,

**Ramey & Schwaller, LLP**

By: /s/ David Hoffman
David Hoffman
17 Battery Place, Suite 1308
New York, New York 10004
(212) 488-1771 (telephone)
(832) 900-4941 (fax)
dhoffman@rameyfirm.com

***Attorneys for NetSoc, LLC***