# EXHIBIT C

| | |
|---|---|
| **From:** | William Ramey <wramey@rameyfirm.com> |
| **Sent:** | Friday, July 12, 2019 6:35 PM |
| **To:** | Jones, Jordan |
| **Cc:** | Hutton, Alison Haddock; Tina Hueske; Goldstucker, Richard; Moore, Steve; Trey Mahoney; Carter, Ralph; Anderson, Kevin; Bussey, Megan |
| **Subject:** | RE: NetSoc v. Quora//NetSoc v. Oath - Request for Meet and Confer re: Amended Complaint |
| | |
| **Importance:** | High |

Jordan,

The tenor of the call was not acceptable.  I would be insane to allow you and Alison to repeatedly tell me I was acting in bad faith.  I am appalled at the conduct of both defendants.

As I said from the start, we will work with you.  We do not believe a motion for leave is necessary but we are willing to file one if you show us why it is necessary.

Please provide us your rationale.

Bill

William P. Ramey, III
Ramey & Schwaller, LLP
5020 Montrose Blvd., Suite 750
Houston, Texas 77006
Tele. 713-426-3923
Direct. 832-581-4221
Fax 832-900-4941
Cell 713-857-6005
wramey@rameyfirm.com
www.rameyfirm.com

This communication may be privileged and may contain confidential information for the intended recipients. Any unauthorized copying or disclosure is not permitted. If you have received this communication in error, please notify us immediately and delete this communication from your mail box.

---

**From:** Jones, Jordan <JTJones@kilpatricktownsend.com>
**Sent:** Friday, July 12, 2019 5:06 PM
**To:** William Ramey <wramey@rameyfirm.com>
**Cc:** Hutton, Alison Haddock <AHHutton@duanemorris.com>; Tina Hueske <thueske@rameyfirm.com>; Goldstucker, Richard <RGoldstucker@kilpatricktownsend.com>; Moore, Steve <smoore@kilpatricktownsend.com>; Trey Mahoney <tmahoney@rameyfirm.com>; Carter, Ralph <RCarter@duanemorris.com>; Anderson, Kevin <KPAnderson@duanemorris.com>; Bussey, Megan <MBussey@kilpatricktownsend.com>
**Subject:** Re: NetSoc v. Quora//NetSoc v. Oath - Request for Meet and Confer re: Amended Complaint

Bill,

This is in follow-up to our earlier call regarding Plaintiff's improperly filed amended complaints in the *Quora* and *Oath!* consolidated member cases.  Before you abruptly ended our call, you represented that Plaintiff intends to seek leave of the Court to file the amended complaints.  Please confirm in writing to the Court that you intend to do so and also file Notices of Voluntary Withdrawal with respect to the improperly filed amended complaints by close of business on Monday, July 15, 2019.

Best Regards,

Jordan

On Jul 10, 2019, at 5:11 PM, William Ramey <wramey@rameyfirm.com> wrote:

> That is fine.
>
> **From:** Jones, Jordan <JTJones@kilpatricktownsend.com>
> **Sent:** Wednesday, July 10, 2019 7:06 PM
> **To:** William Ramey <wramey@rameyfirm.com>; Hutton, Alison Haddock <AHHutton@duanemorris.com>
> **Cc:** Tina Hueske <thueske@rameyfirm.com>; Goldstucker, Richard <RGoldstucker@kilpatricktownsend.com>; Moore, Steve <smoore@kilpatricktownsend.com>; Tina Hueske <thueske@rameyfirm.com>; Trey Mahoney <tmahoney@rameyfirm.com>; Carter, Ralph <RCarter@duanemorris.com>; Anderson, Kevin <KPAnderson@duanemorris.com>; Bussey, Megan <MBussey@kilpatricktownsend.com>
> **Subject:** RE: NetSoc v. Quora//NetSoc v. Oath - Request for Meet and Confer re: Amended Complaint
>
> Bill and Alison,
>
> If Friday at 12 pm PT/2 pm CT works for both of you, I will send out a calendar invite and host the call.
>
> Thanks,
>
> Jordan
>
> **Jordan Trent Jones**
> Kilpatrick Townsend & Stockton LLP
> 1080 Marsh Road | Menlo Park, CA  94025
> office 650 752 2433 | fax 650 326 2422
> jtjones@kilpatricktownsend.com | My Profile | VCard
>
> <image002.jpg>

2

**From:** William Ramey <wramey@rameyfirm.com>
**Sent:** Wednesday, July 10, 2019 1:35 PM
**To:** Bussey, Megan <MBussey@kilpatricktownsend.com>
**Cc:** Tina Hueske <thueske@rameyfirm.com>; Goldstucker, Richard
<RGoldstucker@kilpatricktownsend.com>; Moore, Steve <smoore@kilpatricktownsend.com>; Tina
Hueske <thueske@rameyfirm.com>; Trey Mahoney <tmahoney@rameyfirm.com>; Jones, Jordan
<JTJones@kilpatricktownsend.com>; Hutton, Alison Haddock <AHHutton@duanemorris.com>; Carter,
Ralph <RCarter@duanemorris.com>; Anderson, Kevin <KPAnderson@duanemorris.com>
**Subject:** RE: NetSoc v. Quora//NetSoc v. Oath - Request for Meet and Confer re: Amended Complaint
**Importance:** High

Megan,

Can we do Friday?  We are swamped with a rebuttal expert report and associated matters.

Best time for me is after 2:00 pm CDT on Friday.

Bill

William P. Ramey, III
Ramey & Schwaller, LLP
5020 Montrose Blvd., Suite 750
Houston, Texas 77006
Tele. 713-426-3923
Direct. 832-581-4221
Fax 832-900-4941
Cell 713-857-6005
wramey@rameyfirm.com
www.rameyfirm.com

This communication may be privileged and may contain confidential information for the intended recipients. Any
unauthorized copying or disclosure is not permitted. If you have received this communication in error, please notify
us immediately and delete this communication from your mail box.

**From:** Bussey, Megan <MBussey@kilpatricktownsend.com>
**Sent:** Wednesday, July 10, 2019 2:28 PM
**To:** William Ramey <wramey@rameyfirm.com>
**Cc:** Tina Hueske <thueske@rameyfirm.com>; Goldstucker, Richard
<RGoldstucker@kilpatricktownsend.com>; Moore, Steve <smoore@kilpatricktownsend.com>; Tina
Hueske <thueske@rameyfirm.com>; Trey Mahoney <tmahoney@rameyfirm.com>; Jones, Jordan
<JTJones@kilpatricktownsend.com>; Hutton, Alison Haddock <AHHutton@duanemorris.com>; Carter,
Ralph <RCarter@duanemorris.com>; Anderson, Kevin <KPAnderson@duanemorris.com>
**Subject:** NetSoc v. Quora//NetSoc v. Oath - Request for Meet and Confer re: Amended Complaint

Bill,

We, along with counsel for Oath, would like to have a meet and confer with you regarding the amended
complaints filed in the above-referenced matters on July 9, 2019.  Please confirm your availability for a

call tomorrow, preferably 4pm or later ET,  or alternatively on Friday.  We look forward to speaking with you.

Regards,
Megan

<image003.gif>

**Megan Bussey**
*Kilpatrick Townsend & Stockton LLP*
The Grace Building | 1114 Avenue of the Americas | New York, NY  10036-7703
office 212 775 8708 | cell 347 439 2744 | fax 212 775 8806
mbussey@kilpatricktownsend.com | My Profile | vCard

<image004.jpg>

---

Confidentiality Notice:
This communication constitutes an electronic communication within the meaning of the Electronic Communications Privacy Act, 18 U.S.C. Section 2510, and its disclosure is strictly limited to the recipient intended by the sender of this message. This transmission, and any attachments, may contain confidential attorney-client privileged information and attorney work product. If you are not the intended recipient, any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. Please contact us immediately by return e-mail or at 404 815 6500, and destroy the original transmission and its attachments without reading or saving in any manner.

---

***DISCLAIMER*** Per Treasury Department Circular 230: Any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.