# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NETSOC, LLC, <br>     Plaintiff, | ) <br> ) <br> )    Civil Action No. 1:18-cv-10262 |
| v. | ) <br> ) |
| CHEGG, INC. <br>     Defendant. | )    JURY TRIAL DEMANDED <br> ) |

## ORDER OF FINAL JUDGMENT

This Final Judgment is entered pursuant to Fed. R. Civ. P. 58 and the Court's Memorandum Opinion and Order of collateral estoppel and dismissal (Dkt. No. 111). It is therefore **ORDERED** and **ADJUDGED** that the case be dismissed with prejudice.

The Clerk is directed to close this case.

_January 27, 2020_
Date

_/s/_
Presiding Judge

```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/27/20
```