UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NETSOC, LLC,<br>　　　　　　　Plaintiff,<br>　　　　v.<br>CHEGG INC., *et al.*,<br>　　　　　　　Defendants. | USDC-SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC#:<br>DATE FILED:<br><br>18-CV-10262 (RA) |
| NETSOC, LLC,<br>　　　　　　　Plaintiff,<br>　　　　v.<br>OATH INC.,<br>　　　　　　　Defendant. | 18-CV-12267 (RA) |
| NETSOC, LLC,<br>　　　　　　　Plaintiff,<br>　　　　v.<br>QUORA, INC.,<br>　　　　　　　Defendant. | 18-CV-12250 (RA)<br><br>JUDGMENT |

RONNIE ABRAMS, United States District Judge:

　　This Court having issued its Memorandum Opinion & Order on December 10, 2020 granting Defendants Oath Inc.'s and Quora, Inc.'s motions for attorneys' fees under 35 U.S.C. § 285, Dkt. 118, it is hereby:

ORDERED, ADJUDGED AND DECREED that judgment be entered for Defendants Oath Inc. and Quora Inc. and attorneys' fees and costs be awarded to them in the amount of $22,106.00 and $6,930.44, respectively.

SO ORDERED.

Dated:   February 25, 2021
         New York, New York

_____
RONNIE ABRAMS
United States District Judge

2